THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMIT AHUJA,<br>KAPIL GULATI, and<br>PRIYANSHU WALIA,<br><br>Defendants. | CRIMINAL NO.  24-cr-230-BAH<br><br>(Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349; Wire Fraud, 18 U.S.C. § 1343; Forfeiture, 18 U.S.C. § 981(a)(1)(C) and 982; 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c))). |

## ORDER

Upon consideration of the Government's Motion for Exclusion of Time from Speedy Trial Computations, the Court finds as follows:

Under the provisions of the Speedy Trial Act, the Court may continue a defendant's trial beyond the seventy-day period if the interests of justice served by such a delay outweigh the interests of the defendant, and the public, in a speedy trial.

Here, the Defendants were indicted on July 17, 2024.  Defendant Amit Ahuja had his initial appearance on July 19, 2024, Defendant Kapil Gulati had his initial appearance on July 22, 2024, and Defendant Priyanshu Walia had his initial appearance in this District on August 8, 2024.  A trial date in this case has not been set.

The government is preparing a protective order and discovery in this complex fraud case involving three defendants.  The parties also anticipate plea negotiations.  As such, trial within 70 days would deny counsel for the defendants and the attorney for the government the reasonable time necessary for effective preparation.  Therefore, the interests of justice served by such a delay do outweigh the interests of the defendants and the public in a speedy trial, thereby satisfying the requirements of 18 U.S.C. § 3161(h)(7).

Therefore, it is hereby **ORDERED** pursuant to 18 U.S.C. § 3161(h), that the period from August 8, 2024, through and including October 7, 2024, shall be excluded from computation under the Speedy Trial Act.

The Clerk of the Court shall mail a copy of this Order to all counsel of record.

| | |
|---|---|
| August 13, 2024 | /s/ |
| Date | The Honorable Brendan A. Hurson<br>United States District Judge |