**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. 1:24-cr-00230-BAH** |
| **AMIT AHUJA,**<br>**KAPIL GULATI, and**<br>**PRIYANSHU WALIA,** | |
| **Defendants.** | |

**GOVERNMENT'S MOTION TO SEAL VICTIM IMPACT STATEMENTS**

The United States of America, by and through undersigned counsel, respectfully moves, pursuant to Federal Rule of Criminal Procedure 49.1(d) and Local Rule 207, for this Court to enter order sealing victim impact statements submitted by the Government in anticipation of sentencing at ECF No. 93.

1.      On February 3, 2026, the Government filed victim impact statements under seal. ECF No. 93.

2.      Local Rule 207 provides:

Any post-arrest motion seeking the sealing of filings other than charging documents shall include (a) proposed reasons supported by specific factual representations to justify the sealing and (b) an explanation why alternatives to sealing would not provide sufficient protection. The Court will rule on such motion after sufficient time has passed to permit the filing of objections. Materials that are the subject of the motion shall remain temporarily sealed pending a ruling by the Court. If the motion is denied, the party making the filing will be given an opportunity to withdraw or redact the materials.

3.      Federal Rule of Criminal Procedure 49.1(d) permits this Court to "order that a filing be made under seal without redaction."

4.      Sealing the victim impact statements is appropriate to protect the identity and safety of the victims, as well as the protect the victims from harassment or undue embarrassment.

5.      Redaction is not practicable under the circumstances due to the sensitive and personal nature of the victim impact statements.

6.      Filing this motion adequately advises the public of the nature of the Government's motion without compromising victim information.

WHEREFORE, the Government respectfully requests that the victim impact statements be placed under seal until further order of this Court.

Respectfully Submitted,

Kelly O. Hayes
United States Attorney

Digitally signed by
PHILIP MOTSAY
Date: 2026.02.03
09:29:48 -05'00'

Philip Motsay # 31230
Assistant United States Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
Phone: (410) 209-4800
Fax: (410) 962-0717
Philip.Motsay@usdoj.gov

2